

1996 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

9-17-1996

# Fowler v. US Parole Comm

Precedential or Non-Precedential:

Docket 95-5226

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1996

Recommended Citation

"Fowler v. US Parole Comm" (1996). *1996 Decisions*. Paper 67.
http://digitalcommons.law.villanova.edu/thirdcircuit_1996/67

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 1996 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

No. 95-5226


KEVIN FOWLER,

Appellant
v.

UNITED STATES PAROLE COMMISSION,

Appellee.


APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(D.C. Civ. No. 95-cv-00754)
District Judge:  Honorable Clarkson S. Fisher


Argued:  February 8, 1996
Before:  BECKER, ROTH and McKEE, Circuit Judges
(Filed September 4, 1996)


ORDER AMENDING OPINION FILED SEPTEMBER 4, 1996


     Upon reviewing the submission of counsel for appellee,
United States Parole Commission, it is hereby ordered that the
opinion filed in this case on September 4, 1996, be amended as
follows:
     1.  The first sentence of the opinion on page 2 which reads
"Defendant-appellant Kevin Fowler appeals from an order of the
United States District Court for the District of New Jersey
denying his petition for habeas corpus relief under 28 U.S.C. §
2255." is to be deleted and replaced with the following:
"Defendant-appellant Kevin Fowler appeals from an order of the
United States District Court for the District of New Jersey
denying his petition for habeas corpus relief under 28 U.S.C. §
2241.";
     2. The first sentence of the last paragraph of page 3 of the

opinion which reads "We have jurisdiction pursuant to 28 U.S.C. §§ 2255 and 1291." is to be deleted and replaced with the following: "We have jurisdiction pursuant to 28 U.S.C. §§ 2241 and 1291."

    IT IS SO ORDERED.

                      By the Court:

                      /s/ Theodore A. McKee
                      McKee, Circuit Judge


DATED: September 17, 1996